UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

I.E.,

          Plaintiff,

—v—

New York City Department of Education,

          Defendant.

20cv05208 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the Defendant's letter request for a stay and letter request that Plaintiff provide billing records, as well as the Plaintiff's responses.  Defendant's counsel are reminded that, per the Undersigned's Civil Rule 1.I, all attorneys representing parties before the court are required to promptly register as ECF filers and enter an appearance.  The Court instructs Defendant's counsel to do by October 9, 2020.  The Court grants the 60 day stay of this action consented to by Plaintiff.  During that time the parties will engage in settlement discussions. The Court will refer this matter to the assigned Magistrate Judge, Judge Sarah L. Cave, for General Pre-Trial Management, including settlement.  Thus, the matter of production of billing records in aid of settlement discussions may be raised with Magistrate Judge Cave.

    SO ORDERED.

Dated: October 4, 2020
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                           United States District Judge