UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.E. and I.E. o/b/o R.N.,

                            Plaintiffs,

-v-                                        CIVIL ACTION NO.: 20 Civ. 5208 (AJN) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION,      **AMENDED SCHEDULING ORDER**

                            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The initial case management conference scheduled for Thursday, February 25, 2021 at 11:00 am is ADJOURNED sin die, pursuant to the parties' representation that they have reached a settlement agreement in principle.

If the parties have not submitted a stipulation of dismissal to Judge Nathan by **March 12, 2021**, they must file a further status letter on the status of settlement negotiations.

Dated:      New York, New York
             February 23, 2021

                                                                 SO ORDERED

                                                                 _/s/ Sarah L. Cave_
                                                                 **SARAH L. CAVE**
                                                                 **United States Magistrate Judge**