UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.E. and I.E. o/b/o R.N.,

                Plaintiffs,

-v-                                     CIVIL ACTION NO.: 20 Civ. 5208 (AJN) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION,        **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On February 23, 2021, the Court adjourned the scheduled initial case management conference pursuant to the parties' representation that they had reached a settlement agreement in principle. (ECF No. 26). That order directed the parties to submit a stipulation of dismissal or status letter on the progress of settlement negotiations by **March 12, 2021**. (Id.)

The parties failed to submit a stipulation of dismissal or a status letter and are now ORDERED to do so by **March 26, 2021**.

Dated:      New York, New York
              March 19, 2021

                                                            SO ORDERED

                                                            _____
                                                            SARAH L. CAVE
                                                            **United States Magistrate Judge**